# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **VICTOR HERNANDEZ,** | CASE NO. 4:09CV3022 |
| Petitioner, | |
| v. | MEMORANDUM |
| | AND ORDER |
| **ROBERT HOUSTON,** | |
| Respondent. | |

This matter is before the court on Petitioner's Motion for Continuance. (Filing No. 18.) Petitioner asked the court to continue the habeas proceedings pending the court's decision regarding Petitioner's Motion to Stay (Filing No. 9). (Filing No. 18 at CM/ECF p. 1.)

Petitioner's Motion for Continuance is moot because Petitioner's Motion to Stay was resolved in the court's Memorandum and Order dated September 2, 2009. (Filing No. 19.)

IT IS THEREFORE ORDERED that: Petitioner's Motion for Continuance (Filing No. 18) is denied as moot.

DATED this 2nd day of November, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge